## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 23-cr-00100 |
| VERSUS | JUDGE DONALD E. WALTER |
| JUHNTRAYVIOUS WHITE (01) | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS ORDERED** that Defendant's guilty plea is accepted, and the Court hereby adjudges Defendant guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 7th day of August, 2023.

                                                     _____
                                                     DONALD E. WALTER
                                                     UNITED STATES DISTRICT JUDGE